THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**THOMAS LAI**
*Senior Counsel*
E-mail:tlai@law.nyc.gov
Phone: (212) 356-2336
Fax: (212) 356-3509

September 15, 2026

**VIA ECF**
Honorable Margaret M. Garnett
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Rosalio Renteria v. City of New York, et al.*
26 Civ. 02570 (MMG)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to represent defendant City of New York in this matter. This Office writes to respectfully request that the Court grant, *sua sponte*, an enlargement of time from September 17, 2026 until October 8, 2026, for Officers Carlos Cuesta, Andres Pineyro-Aquino, Carmelo Quiles, and Rafael Reynoso to answer or otherwise respond to the Complaint[1]. This is the first request for an enlargement. Plaintiff's counsel, David Bradley Shanies, consents to the instant request.

Plaintiff brings this action, pursuant to 42 U.S.C. §1983, against Defendants City, Cuesta, Pineyro-Aquino, Quiles, and Reynoso. Specifically, Plaintiff alleges that, on January 30, 2025, Plaintiff was assaulted by police officers. Plaintiff alleges a head injury that required hospital treatment and stitches.

On March 30, 2026, notice of this case's participation in Local Civil Rule 83.10, Formerly the Section 1983 Plan ("hereinafter "the Plan") was indicated on the docket. *See* Notice dated March 30, 2026. On June 29, 2026, the City was served with the Complaint and Plaintiff provided a release pursuant to New York Criminal Procedure Law § 160.50 in accordance with the Plan.

---

[1] The undersigned apologizes for the lateness of this request. While exchanging email correspondence with Plaintiff's counsel yesterday, the undersigned had to go to the doctor to address a medical issue.

*See* Dkt. No. 15. Pursuant to the Plan, responses to the complaint by defendants are due September 17, 2026.

The reason for the enlargement is that this Office needs more time to complete its investigation to determine whether it will represent the individual defendants in this action pursuant to Section 50-k of the New York General Municipal Law. We recently became aware of an issue that may affect representation. Thereafter, time is needed to resolve that issue and to meet with these officers where appropriate to determine representation. Only after this process has been followed can this Office determine how to proceed in this case. *See* General Municipal Law § 50(k); *see also Mercurio v. The City of New York, et al.*, 758 F.2d 862, 864-65 (2d Cir. 1985); *see also Williams v. City of New York, et al.*, 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (noting that the decision to bestow legal representation upon individual defendants is made by the Corporation Counsel as set forth in state law). The response to the Complaint for the City will be filed by September 17, 2026, and this enlargement will not affect any other deadlines set forth by the Plan.

Accordingly, this Office respectfully requests that the Court, *sua sponte*, enlarge the deadline for officers Cuesta, Pineyro-Aquino, Quiles, and Reynoso to respond to the complaint until October 8, 2026.

Respectfully submitted,

***Thomas Lai s/***
Thomas Lai
Senior Counsel
Special Federal Litigation Division

To: **VIA ECF**
David Bradley Shanies
Shanies Law Office
110 West 40th Street
Ste Tenth Floor
New York, New York 10018

GRANTED. The deadline for the individual Defendants to respond to the Complaint is hereby EXTENDED to **October 8, 2026**.

SO ORDERED. Dated September 15, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE